# Third District Court of Appeal

## State of Florida

Opinion filed January 11, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2197
Lower Tribunal No. 18-7455

————————

**Kevter, Inc.,**
Appellant,

vs.

**Brown Family Properties, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Lavin Law Group, P.A., and Andrew T. Lavin; Law Office of Richard A. Ivers and Richard A. Ivers (Coconut Creek), for appellant.

Pryor Cashman LLP and Brendan S. Everman; Law Offices of John E. Bergendahl and John E. Bergendahl, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.